UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN LAWS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0525 JAM CKD PS<br><br><br><br>ORDER |

Plaintiff improperly served a subpoena to produce documents. ECF No. 9. Under Federal Rule of Civil Procedure 45(a)(3), the Clerk of Court must issue a subpoena. An attorney authorized to practice in the issuing court may also issue a subpoena. Fed. R. Civ. P. 45(a)(3).

In this case, plaintiff is proceeding pro se. Plaintiff improperly issued the subpoena. Because plaintiff has abused the subpoena process, no further subpoenas will issue in this action absent authorization by the court. In addition, there are pending findings and recommendation recommending that this action be remanded to state court because plaintiff has failed to establish federal question jurisdiction, thus underscoring the impropriety of plaintiff's actions.

Accordingly, IT IS HEREBY ORDERED that:

1. The subpoena issued by plaintiff (ECF No. 9) is vacated.

2. The Clerk of Court is directed to issue no subpoenas in this action absent authorization by the court.

1

3. The Clerk of Court is directed to serve a copy of this order on the Clerk of the Superior Court, 600 Union Avenue, Fairfield, CA 95814.

Dated: April 14, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 laws0525.subp.vac